■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL PEPE, Appellant. [826 NYS2d 573]—Appeal by the defendant from an amended judgment of the County Court, Orange County (Rosenwasser, J.), rendered March 14, 2002, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of vehicular manslaughter in the second degree.

Ordered that the amended judgment is affirmed.

Contrary to the defendant's contention, the sentence imposed upon the finding that he violated a condition of probation was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Schmidt, J.P., Rivera, Skelos and Lunn, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EDGAR POSADA and DIEGO ERCOLI, Respondents. [826 NYS2d 574]—

Appeal by the People from an order of the Supreme Court, Queens County (Grosso, J.), dated December 15, 2005, which, after a hearing, granted the defendants' separate omnibus motions to suppress physical evidence recovered from the defendants' possession and statements made by the defendants to the police.

Ordered that the order is affirmed.

The People's contention on appeal was waived in the suppression court, and thus may not be raised now (*see People v Dodt,* 61 NY2d 408, 416 [1984]; *see also People v Johnson,* 64 NY2d 617, 619 n 2 [1984]). Miller, J.P., Krausman, Fisher and Dillon, JJ., concur.